Submitted on briefs November 16, reversed and remanded for new trial November 21, 1990

## STATE OF OREGON,
*Respondent,*

*v.*

## MARK D. MARQUEZ,
*Appellant.*

(8910-35796; CA A63612)

801 P2d 138

Paul L. Breed, Portland, filed the brief for appellant.

Keith W. Wingfield, Assistant Attorney General, Salem, filed the brief for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

The state properly confesses error in both respects claimed by appellant.

Reversed and remanded for a new trial.